NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BANCORP SERVICES, L.L.C.,**
*Plaintiff-Appellant,*

v.

**SUN LIFE ASSURANCE COMPANY OF CANADA (U.S.),**
*Defendant-Appellee,*

AND

**ANALECT LLC,**
*Defendant.*

---

2011-1467

---

Appeal from the United States District Court for the Eastern District of Missouri in case no. 00-CV-1073, Judge Carol E. Jackson.

---

ON MOTION

---

ORDER

Bancorp Services, LLC moves without opposition for a 21-day extension of time, until March 16, 2012, to file its reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

MAR 0 2 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Charles K. Verhoeven, Esq.
Matthew B. Lowrie, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 0 2 2012

JAN HORBALY
CLERK